**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|     ) | |
|     Plaintiff,     ) | |
|     ) | No. 1:07-CR-170 CAS |
| v.     ) | |
|     ) | |
|     ) | |
| ELTON LLOYD STONER,     ) | |
|     ) | |
|     Defendant.     ) | |

<u>**ORDER**</u>

This matter is before the Court on pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Mary Ann Medler. On January 22, 2008, Judge Medler filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant's Motion to Suppress Statements be denied.

No objections have been filed to the Magistrate Judge's Report and Recommendation. The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after careful review,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 24]

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Statements is **DENIED**.

[Doc. 21]

_____

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 21st day of February, 2008.